UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TANYA B. on behalf of J.T.B.,

       Plaintiff,

       -v-              1:24-CV-1469 (DNH/PJE)

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

### **ORDER ON REPORT & RECOMMENDATION**

On December 4, 2024, plaintiff Tanya B.[1] ("plaintiff") filed this action on

behalf of minor child J.T.B. seeking review of the final decision of defendant

Commissioner of Social Security ("Commissioner") denying her application

for benefits under the Social Security Act (the "Act").  Dkt. No. 1.

The matter was initially referred to U.S. Magistrate Judge Christan F.

Hummel for the issuance of a Report & Recommendation ("R&R").  But the

---

[1]  In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's
Committee on Court Administration and Case Management and adopted as local practice in this
District, only the first name and last initial of plaintiff will be mentioned in this opinion.

case was later reassigned to U.S. Magistrate Judge Paul J. Evangelista.  Dkt. No. 6.

Thereafter, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 7, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits should be treated as if the parties have filed cross-motions for a judgment on the pleadings, Dkt. Nos. 9, 11, 12.

On February 27, 2026, Judge Evangelista advised by R&R that plaintiff's motion should be granted, the Commissioner's motion should be denied, the Commissioner's final decision should be vacated, and that this matter should be remanded for further administrative proceedings.  Dkt. No. 13.

Neither party has lodged objections, and the time period in which to do so has expired.  Dkt. No. 13.  Upon review for clear error, Judge Evangelista's R&R is accepted and will be adopted.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 13) is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED; and

5. This action is REMANDED for further administrative proceedings.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated: March 16, 2026
    Utica, New York.

David N. Hurd
U.S. District Judge